UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
ARNULFO APOLINAR,
MARYLIN RAMIREZ,

                 Plaintiffs,

    - against -

GLOBAL DELI & GRORCERY, INC.,
DIPAN DAS, JOHN & RICHARD ROE,

                 Defendants.
------------------------------------------------------- x

**MEMORANDUM & ORDER**

12 CV 3446 (RJD) (VMS)

DEARIE, District Judge.

In a Report and Recommendation dated August 23, 2013, Magistrate Judge Scanlon recommends that a judgment be entered against defaulting Defendants Dipan Das and Global Deli & Grocery, Inc., and that compensatory damages, liquidated damages, prejudgment interest, attorneys' fees and costs be awarded to Plaintiffs under the FLSA and the NYLL.

The Report and Recommendation of Magistrate Judge Scanlon is adopted. The Clerk is directed to enter judgment thirty (30) days from the date of this Order, or until such time as this Court may hereafter direct. Plaintiffs' counsel are directed to mail a copy of the Report and Recommendation and this Order to Defendants at their place of business and promptly certify said action in writing to this Court.

SO ORDERED.

Dated: Brooklyn, New York
       September 2 5, 2013

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge